EDWARD F. HAMMEL et al., Doing Business under the Name of HAMMEL ENGINEERING COMPANY, Respondents, *v.* HERBERT L. HUTNER et al., Appellants.

Argued April 3, 1951; decided May 17, 1951.

*Walter C. Lundgren* and *Francis P. Kelly* for appellants.
*Frank H. Connelly, Jr.,* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.